# EXHIBIT 1
# (FILED UNDER SEAL)